

# VICTOR E. ROCHA, P.A.

July 1, 2020

*Via ECF*
The Honorable Laura Taylor Swain
United States District Judge
Southern District Of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   United States v. George Serban
      Case no.: 19-CR-651-LTS-11

Dear Honorable Judge Laura Swain:

      On behalf of my client, George Serban, and with the consent of the Government, Mr. Serban respectfully requests this court to modify his bail conditions so that the previous condition of home confinement with electronic monitoring via a GPS bracelet be lifted and that in lieu thereof, a curfew be established by the Court which would allow Mr. Serban to work at a Restaurant located in Miami, Florida, the identity and location of which has been disclosed to the Government. However, at this employment, Mr. Serban is called upon to sometimes work the breakfast shift from 7:00 am to 7:00 pm and sometimes he is called upon to work the late shift which is from 11:00 am to 11:00 pm. Therefore, Mr. Serban would provide his schedule to the probation officer prior to the beginning of the work week so that the curfew could be established based upon his work schedule. The parties have agreed that the curfew would be monitored by home visits and virtual home visits and no location monitoring or voice verification is required. Mr. Serban respectfully requests that the Court grant this request.

      Thank you for your attention on this matter.

Respectfully Submitted,

The modification request is granted.
DE# 280 resolved.

*/s/Victor E. Rocha, Esq.*

SO ORDERED.
7/2/2020
/s/ Laura Taylor Swain, USDJ

Law Offices of Victor E. Rocha
990 Biscayne Blvd. Suite O903
Miami, FL 33132
Tel: (305)774-9111
Fax: (305) 514-0987
Email: rochalaw@gmail.com

990 BISCAYNE BLVD, SUITE O-903, MIAMI, FL 33132
Tel: (305) 774-9111   Fax: (305) 514-0987
Email: rochalaw@gmail.com